# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sharon L. Hilliard )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Kilolo Kijakazi, Acting Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 2:23-468-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 21). The parties have presented to the Court a proposed stipulation of an award of $11,500.00 in attorney's fees and $402.00 in costs. (Dkt. No. 25).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation and stipulation, and finds that the proposed stipulation is reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an EAJA fee award to Plaintiff in the amount of $11,500.00 in attorney's fees and $402.00 in costs. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel, Defendant is directed to make the

check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

**AND IT IS SO ORDERED**.

                                                          S/ Richard Mark Gergel
                                                          Richard Mark Gergel
                                                          United States District Judge

January 14, 2024
Charleston, South Carolina